UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. BECKLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 17-4495-GW (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, it is hereby ADJUDGED THAT (1) Plaintiff's request for remand is DENIED; (2) the Commissioner's request for an order affirming her decision is GRANTED; and (3) judgment is entered dismissing this action with prejudice.

DATED: February 8, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE